IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| PAULA E. BABB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-cv-00242 |
| | ) | |
| MARYVILLE ANESTHESIOLOGISTS, | ) | JUDGE: Michelson |
| P.C., | ) | MAGISTRATE: Poplin |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure the parties hereby stipulate to dismissal of this action, with prejudice.

*Counsel for Plaintiff*                                   *Counsel for Defendant*


/s/W. Allen McDonald By: HBJ, w. permission              /s/Howard B. Jackson
James H. Price, BPR # 016254                              Howard B. Jackson, BPR # 021316
W. Allen McDonald, BPR # 016210                           Wimberly Lawson Wright Daves
Lacy Price & Wagner, PC                                       & Jones, PLLC
249 N. Peters Road, Suite 101                             550 W. Main Street, Suite 900
Knoxville, TN 37923                                       P.O. Box 2231
(865) 246-0800                                            Knoxville, Tennessee 37901-2231
                                                          (865) 546-1000